**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA INC, | No. C 10-00482 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| ELAN CORPORATION PLC, | |
| Defendant. / | |

**(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)**

YOU ARE NOTIFIED THAT the Court has scheduled the Initial Case Management Conference for May 14, 2010 at 8:30 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 26, 2010

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza,
Courtroom Deputy