BRYAN CAVE LLP
Robert Padway (Bar No. 48439)
Berrie Goldman (Bar No. 246061)
K. Lee Marshall, *pro hac vice*
Ameer Gado, *pro hac vice*
Two Embarcadero Center, Suite 1400
San Francisco, CA  94111
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434

Attorneys for Plaintiff ALZHEIMER'S INSTITUTE OF AMERICA, INC.

HOWREY LLP
Lloyd R. Day, Jr. (Bar No. 90875)
Jackie N. Nakamura (Bar No. 148531)
1950 University Avenue, 4th Floor
East Palo Alto, California  94303
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600

Attorneys for Defendant ELAN PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ELAN PHARMACEUTICALS, INC., ELI LILLY AND COMPANY, ANASPEC INC., IMMUNO-BIOLOGICAL LABORATORIES, INC., THE JACKSON LABORATORY, PHOENIX PHARMACEUTICALS, INC., and AMERICAN PEPTIDE COMPANY, INC.,<br><br>Defendants. | Case No. 3:10-CV-00482 (CRB)<br><br>~~ALZHEIMER'S INSTITUTE OF AMERICA, INC. AND ELAN PHARMACEUTICALS, INC.'S STIPULATED REQUEST FOR EXTENSION OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF TIME FOR AIA'S ANSWER;~~<br><br>~~DECLARATION OF JACKIE NAKAMURA IN SUPPORT OF STIPULATED REQUEST; AND~~<br><br>~~[PROPOSED] ORDER~~<br><br>DEMAND FOR JURY TRIAL<br><br>Hon. Charles R. Breyer |
| ELAN PHARMACEUTICALS, INC.,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>ALZHEIMER'S INSTITUTE OF AMERICA, INC., MICHAEL J. MULLAN, RONALD E. SEXTON,<br><br>Counterclaim Defendants. | |

In the interest of judicial economy as explained below, and pursuant to Civil L.R. 6-3, Plaintiff Alzheimer's Institute of America, Inc. ("AIA") and Defendant and Counterclaim Plaintiff Elan Pharmaceuticals, Inc. ("Elan Pharmaceuticals") file this stipulated request for: (1) an extension of 30 days for AIA, Dr. Michael Mullan and Mr. Ronald Sexton to respond to Elan Pharmaceutical's counterclaims (each Counterclaim Defendant shall file a response on or before September 15, 2010); (2) a continuance of the initial Case Management Conference ("CMC") to October 22, 2010, or as soon thereafter as the Court's calendar will allow; (3) continuation of the parties' corresponding obligations to meet and confer in advance of the CMC regarding initial disclosures and a Case Management Statement, and (4) continuance of the parties' deadline for filing a Joint Case Management Statement. All other defendants agree with the request or do not oppose it.

This patent infringement case involves four patents and multiple defendants. In its Answer, Elan Pharmaceuticals has counterclaimed against AIA and named two new Counterclaim Defendants, Dr. Michael Mullan and Mr. Ronald Sexton (served July 26 and 27, 2010, respectively).

This Court had previously scheduled a Case Management Conference for May 14, 2010, which was ordered by stipulation to the currently scheduled date of August 13, 2010. Other than the Case Management Conference, no other scheduled hearings will be affected by this extension.

AIA and Elan Pharmaceuticals request and stipulate to, and no party opposes, these extensions of time.

If the Court grants this stipulated request, the following dates would then apply:

1. Each Counterclaim defendant has a 30-day extension to respond to Elan Pharmaceuticals' Counterclaim and shall file a response on or before September 15, 2010;

2. The Case Management Conference will be continued to October 22, 2010, at 8:30 a.m., or thereafter, at the convenience of the Court;

3. September 16, 2010 is the parties' last day to meet and confer regarding initial disclosures (since this will be the parties' Rule 26(f) conference, the Rule 26(a) Initial Disclosures and Rule 26(f) Report/Discovery Plan shall be due by September 30, 2010);

4. October 15, 2010 is the parties' last day to file a Joint Case Management Statement; and

5. Pursuant to Local Rule 16-10(a) and this Court's Standing Order, defendant The Jackson Laboratory's counsel, Michael N. Rader and/or Chelsea A. Loughran, may appear by telephone at the Initial Case Management Conference.

Dated: July 28, 2010

Respectfully submitted,

BRYAN CAVE LLP

By: _____/s/ Berrie R. Goldman_____
Robert Padway (Bar No. 48439_
Berrie Goldman (Bar No. 246061)
K. Lee Marshall, *pro hac vice*
Ameer Gado, *pro hac vice*
Bryan Cave LLP
Two Embarcadero Center, Suite 1400
San Francisco, CA  94111

Attorneys for Plaintiff
Alzheimer's Institute of America, Inc.

HOWREY LLP

By: _____/s/ Jackie N. Nakamura_____
Lloyd R. Day, Jr. (Bar No. 90875)
Jackie N. Nakamura (Bar No. 148531)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California  94303
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600

Attorneys for Defendant
ELAN PHARMACEUTICALS, INC.

**DECLARATION OF JACKIE NAKAMURA IN SUPPORT OF STIPULATED REQUEST**

I, Jackie N. Nakamura, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California. I am a partner with Howrey LLP, counsel for Elan Pharmaceuticals, Inc. ("Elan Pharmaceuticals") in the above-referenced action.

2. The contents of this declaration are based upon my personal knowledge and are true and correct to the best of my knowledge and belief. If called to testify, I could and would testify thereto.

3. The contents of the foregoing Stipulated Request are true and correct to the best of my knowledge and belief

4. Plaintiff's counsel and all counsel for co-Defendants have stipulated to, or do not oppose, these requested extensions of time.

5. This Court had previously scheduled a Case Management Conference for May 14, 2010, which was ordered by stipulation to the currently scheduled date of August 13, 2010.

6. Other than the Case Management Conference, no other scheduled hearings will be affected by this extension.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 28, 2010

By: _____*/s/ Jackie Nakamura*_____
       Jackie N. Nakamura

# [PROPOSED] ORDER

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that Alzheimer's Institute of America's and Elan Pharmaceuticals, Inc.'s Stipulated Request is **GRANTED.**

1. Each Counterclaim defendant has a 30-day extension to respond to Elan Pharmaceuticals' Counterclaim and shall file a response on or before September 15, 2010;

2. The Case Management Conference will be continued to October 22, 2010, at 8:30 a.m., or thereafter, at the convenience of the Court;

3. September 16, 2010 is the parties' last day to meet and confer regarding initial disclosures (since this will be the parties' Rule 26(f) conference, the Rule 26(a) Initial Disclosures and Rule 26(f) Report/Discovery Plan shall be due by September 30, 2010);

4. October 15, 2010 is the parties' last day to file a Joint Case Management Statement; and

5. Pursuant to Local Rule 16-10(a) and this Court's Standing Order, defendant The Jackson Laboratory's counsel, Michael N. Rader and/or Chelsea A. Loughran, may appear by telephone at the Initial Case Management Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated _____

Hon. Charles R. Breyer
U.S. District Court Judge

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within Action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On **July 28, 2010,** I served on the interested parties in said Action the within:

1. **ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S AND ELAN PHARMACEUTICALS, INC.'S STIPULATED REQUEST FOR EXTENSION OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF TIME FOR AIA'S ANSWER;**

2. **DECLARATION OF JACKIE NAKAMURA IN SUPPORT OF STIPULATED REQUEST; AND**

3. **[PROPOSED] ORDER**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Civil Local Rule 5-4 and General Order 45. Therefore, per Civil Local Rule 5-5(b) and General Order 45 § IX, this document was served on all counsel who are deemed to have consented to electronic service. All counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document as indicated below.

| | |
|---|---|
| Robert Padway<br>Berrie Goldman<br>**Bryan Cave LLP**<br>Two Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>robert.padway@bryancave.com<br>berrie.goldman@bryancave.com<br><br>Attorneys for Plaintiff<br>Alzheimer's Institute of America, Inc. | K. Lee Marshall<br>Ameer Gado<br>**Bryan Cave LLP**<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102-2750<br>klmarshall@bryancave.com<br>aagado@bryancave.com<br><br>Attorneys for Plaintiff<br>Alzheimer's Institute of America, Inc. |
| David Godkin<br>**American Peptide Co., Inc.**<br>777 E. Evelyn Avenue<br>Sunnyvale, CA 94086<br>david@americanpeptide.com<br><br>Attorney for Defendant<br>American Peptide Co., Inc. | Bruce Charles Piontkowski<br>**Tingley Piontkowski LLP**<br>10 Almaden Boulevard, Suite 430<br>San Jose, CA 95113<br>bpiontkowski@tingleyllp.com<br><br>Attorneys for Defendant<br>American Peptide Co., Inc. |

| | | |
|---|---|---|
| 1 | Albert Hong<br>**AnaSpec, Inc.**<br>34801 Campus Drive<br>Fremont, CA  94555<br>albertoh@anaspec.com | Jeffrey McKinney<br>**McKinney Law Group APC.**<br>851 Moraga Road, Bungalow B<br>Lafayette, CA  94549<br>jeffrey@mckinneylawgroup.com |
| | Attorney for Defendant<br>AnaSpec Incorporated | Attorneys for Defendant<br>AnaSpec Incorporated |
| | Manisha Desai, *pro hac vice*<br>**Eli Lilly and Company**<br>Lilly Corporate Center<br>Indianapolis, IN  46285<br>Attorney for Defendant<br>Eli Lilly and Company | Robert F. McCauley III<br>**Finnegan, Henderson, Farabow,**<br>**Garrett & Dunner, LLP**<br>3300 Hillview Avenue<br>Palo Alto, CA  94304-1203<br>robert.mccauley@finnegan.com<br>Attorneys for Defendant<br>Eli Lilly and Company |
| | Robert Shaffer, *pro hac vice*<br>Laura Masurovsky, *pro hac vice*<br>Robert Bajefsky, *pro hac vice*<br>Amy Purcell, *pro hac vice*<br>**Finnegan, Henderson, Farabow,**<br>**Garrett & Dunner, LLP**<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>robert.shaffer@finnegan.com<br>laura.masurovsky@finnegan.com<br>robert.bajefsky@finnegan.com<br>amy.purcell@finnegan.com<br>Attorneys for Defendant<br>Eli Lilly and Company | Charles Lipsey, *pro hac vice*<br>L. Scott Burwell, *pro hac vice*<br>**Finnegan, Henderson, Farabow,**<br>**Garrett & Dunner, LLP**<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA  20190-5675<br>charles.lipsey@finnegan.com<br>scott.burwell@finnegan.com<br>Attorneys for Defendant<br>Eli Lilly and Company |
| | Stephen Doyle, *pro hac vice*<br>Stephen Hance, *pro hac vice*<br>**Doyle Hance Lawyers LLC**<br>Two Carlson Parkway, Suite 230<br>Minneapolis, MN  55447-4466<br>spd@doylehance.com<br>swh@doylehance.com<br>Attorneys for Defendant<br>Immuno-Biological<br>Laboratories, Incorporated | Todd Noah<br>**Dergosits & Noah LLP**<br>Three Embarcadero Center, Suite 410<br>San Francisco, CA  94111<br>tnoah@dergnoah.com<br>Attorneys for Defendant<br>The Jackson Laboratory |

-2-  Case No.  3:10-cv-00482 (CRB)
AIA'S AND ELAN'S STIPULATED REQUEST FOR EXTENSION

DM_US:23374758_1

| | |
|---|---|
| Michael Rader | Eng Tau |
| Chelsea Loughran, *pro hac vice* | **Phoenix Pharmaceuticals, Inc.** |
| **Wolf, Greenfield & Sacks, P.C.** | 330 Beach Road |
| 600 Atlantic Avenue | Burlingame, CA  94010 |
| Boston, MA  02210-2206 | engtau@phoenixpeptide.com |
| mrader@wolfgreenfield.com | |
| cloughran@wolfgreenfield.com | Attorney for Defendant |
| | Phoenix Pharmaceuticals, Inc. |
| Attorneys for Defendant | |
| The Jackson Laboratory | |

X   (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on **July 28, 2010**, at East Palo Alto, California.

                                                    */s/ Jackie Nakamura*
                                                      Jackie Nakamura

# [~~PROPOSED~~] ORDER

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that Alzheimer's Institute of America's and Elan Pharmaceuticals, Inc.'s Stipulated Request is **GRANTED.**

1. Each Counterclaim defendant has a 30-day extension to respond to Elan Pharmaceuticals' Counterclaim and shall file a response on or before September 15, 2010;

2. The Case Management Conference will be continued to October 22, 2010, at 8:30 a.m., or thereafter, at the convenience of the Court;

3. September 16, 2010 is the parties' last day to meet and confer regarding initial disclosures (since this will be the parties' Rule 26(f) conference, the Rule 26(a) Initial Disclosures and Rule 26(f) Report/Discovery Plan shall be due by September 30, 2010);

4. October 15, 2010 is the parties' last day to file a Joint Case Management Statement; and

5. Pursuant to Local Rule 16-10(a) and this Court's Standing Order, defendant The Jackson Laboratory's counsel, Michael N. Rader and/or Chelsea A. Loughran, may appear by telephone at the Initial Case Management Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated    July 29, 2010

Hon. Charles R. Breyer
U.S. District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

-5-

Case No. 3:10-cv-00482 (CRB)
AIA'S AND ELAN'S STIPULATED REQUEST FOR EXTENSION

DM_US:23374758_1