1  **BRYAN CAVE LLP**
   Robert Padway, California Bar No. 48439
2  Berrie Goldman, California Bar No. 246061
   K. Lee Marshall, *pro hac vice*
3  Ameer Gado, *pro hac vice*
   Two Embarcadero Center, Suite 1400
4  San Francisco, CA  94111
   Telephone:  (415) 675-3400
5  Facsimile:  (415) 675-3434

6  Attorneys for Plaintiff
   ALZHEIMER'S INSTITUTE OF AMERICA, INC.
7

   **FINNEGAN, HENDERSON, FARABOW,**
8      **GARRETT & DUNNER, LLP**
   Robert F. McCauley III, Caliofrnia Bar No. 162056
9  Robert F. Shaffer, *pro hac vice*
   330 Hillview Aveune
10 Palo Alto, CA 94304-1203
   Telephone:  (650) 849-6600
11 Facsimile:  (650) 849-6666

12 Attorneys for Defendant
   ELI LILLY AND COMPANY
13

14                  **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16                       **SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC., | Case No. 3:10-CV-00482 (CRB) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF HEARING ON DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SEVER AND TRANSFER** |
| vs. | |
| ELAN PHARMACEUTICALS, INC., ELI LILLY AND COMPANY, ANASPEC INC., IMMUNO-BIOLOGICAL LABORATORIES, INC., THE JACKSON LABORATORY, PHOENIX PHARMACEUTICALS, INC., and AMERICAN PEPTIDE COMPANY, INC., | [Filed pursuant to Civil L.R. 6-2] Hon. Charles R. Breyer Date:      September 3, 2010 Time:      10:00 a.m. Courtroom: 8 |
| Defendants. | |

-1-
Case No.  3:10-cv-00482 (CRB)
AIA'S AND LILLY'S  STIPULATED REQUEST FOR
CONTINUANCE OF HEARING ON MOTION TO SEVER

Pursuant to Civil L.R. 6-2, Plaintiff Alzheimer's Institute of America, Inc. ("AIA") and Defendant Eli Lilly and Company ("Lilly") submit this stipulated request for a continuance of the hearing on Lilly's Motion to Sever and Transfer.

Lilly filed its Motion on July 30, 2010, noticing a hearing before this Court on September 3, 2010 (Docket No. 85). To eliminate scheduling conflicts relating to the intervening briefing schedule, AIA and Lilly hereby stipulate to and request a continuance of the hearing on Lilly's Motion to Sever and Transfer to September 24, 2010, or thereafter, at the convenience of the Court. AIA shall respond to the Motion to Sever and Transfer not less than 28 days before the hearing date. Lilly shall file its reply, if any, not less than 14 days before the hearing date, in accordance with Civil Local Rule 7-3(c).

Dated: August 5, 2010

Respectfully submitted,

**BRYAN CAVE LLP**

By: _____/s/ Berrie R. Goldman_____
Robert Padway (Bar No. 48439_
Berrie Goldman (Bar No. 246061)
K. Lee Marshall, *pro hac vice*
Ameer Gado, *pro hac vice*
Bryan Cave LLP
Two Embarcadero Center, Suite 1400
San Francisco, CA  94111

Attorneys for Plaintiff
ALZHEIMER'S INSTITUTE OF AMERICA, INC.

**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**

By: _____/s/ Robert F. Shaffer_____
Robert F. McCauley III, Caliofrnia Bar No. 162056
Robert F. Shaffer, *pro hac vice*
330 Hillview Aveune
Palo Alto, CA 94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Attorneys for Defendant
ELI LILLY AND COMPANY

**DECLARATION OF BERRIE GOLDMAN IN SUPPORT OF STIPULATED REQUEST**

I, Berrie R. Goldman, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California. I am an associate with Bryan Cave LLP, counsel for Alzheimer's Institute of America, Inc. ("AIA") in the above-referenced action.

2. The contents of this declaration are based upon my personal knowledge and are true and correct to the best of my knowledge and belief. If called to testify, I could and would testify thereto.

3. The contents of the foregoing Stipulated Request are true and correct to the best of my knowledge and belief.

4. Counsel for AIA has scheduling conflicts that interfere with their ability to properly oppose Lilly's Motion to Sever and Transfer.

5. Counsel for Defendant Eli Lilly and Company ("Lilly"), the only defendant affected by this request, has stipulated to the requested extension of time.

6. This Court previously granted Lilly's Unopposed Motion to Change Time to Respond to the First Amended Complaint, extending each defendants' time to answer or otherwise respond by 90 days and continuing the Case Management Conference from May 14, 2010 to August 12, 2010 (Docket No. 26). The Case Management Conference was subsequently continued to October 22, 2010 pursuant to stipulation and order (Docket No. 84).

7. Other than the hearing on Lilly's Motion to Sever and Transfer, no other scheduled hearings will be affected by this extension.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 5, 2010

By: _____*/s/ Berrie R. Goldman*_____
Berrie R. Goldman

-3-

Case No. 3:10-cv-00482 (CRB)
AIA'S AND LILLY'S STIPULATED REQUEST FOR
CONTINUANCE OF HEARING ON MOTION TO SEVER

**DECLARATION OF BERRIE GOLDMAN IN SUPPORT OF STIPULATED REQUEST**

I, Berrie R. Goldman, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California. I am an associate with Bryan Cave LLP, counsel for Alzheimer's Institute of America, Inc. ("AIA") in the above-referenced action.

2. The contents of this declaration are based upon my personal knowledge and are true and correct to the best of my knowledge and belief. If called to testify, I could and would testify thereto.

3. The contents of the foregoing Stipulated Request are true and correct to the best of my knowledge and belief.

4. Counsel for AIA has scheduling conflicts that interfere with their ability to properly oppose Lilly's Motion to Sever and Transfer.

5. Counsel for Defendant Eli Lilly and Company ("Lilly"), the only defendant affected by this request, has stipulated to the requested extension of time.

6. This Court previously granted Lilly's Unopposed Motion to Change Time to Respond to the First Amended Complaint, extending each defendants' time to answer or otherwise respond by 90 days and continuing the Case Management Conference from May 14, 2010 to August 12, 2010 (Docket No. 26). The Case Management Conference was subsequently continued to October 22, 2010 pursuant to stipulation and order (Docket No. 84).

7. Other than the hearing on Lilly's Motion to Sever and Transfer, no other scheduled hearings will be affected by this extension.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 5, 2010

By: _/s/ Berrie R. Goldman_
Berrie R. Goldman

**[~~PROPOSED~~] ORDER**

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the stipulated request of Plaintiff Alzheimer's Institute of America, Inc. ("AIA") and Defendant Eli Lilly and Company ("Lilly") is **GRANTED**.

1. The hearing on the Motion to Sever and Transfer is continued to September 24, 2010, or thereafter, at the convenience of the court.
2. AIA shall respond to the Motion to Sever and Transfer not less than 28 days before the hearing date.
3. Lilly shall file its Reply, if any, not less than 14 days before the hearing date, in accordance with Civil Local Rule 7-3(c).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 6, 2010

Hon. Charles R. Breyer
U.S. District Court Judge
Northern District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*