1  **BRYAN CAVE LLP**
   Robert Padway, California Bar No. 48439
2  Berrie Goldman, California Bar No. 246061
   K. Lee Marshall, *pro hac vice*
3  Ameer Gado, *pro hac vice*
   Two Embarcadero Center, Suite 1400
4  San Francisco, CA  94111
   Telephone:  (415) 675-3400
5  Facsimile:  (415) 675-3434

6  Attorneys for Plaintiff
   ALZHEIMER'S INSTITUTE OF AMERICA, INC.
7
   **DOYLE HANCE LLC**
8  Stephen Patrick Doyle, *pro hac vice*
   Stephen William Hance, *pro hac vice*
9  Two Carlson Parkway, Suite 230
   Minnetonka, MN 55447
10 Telephone:  (763) 404-8240
   Facsimile:   (763) 404-8244
11
   Attorneys for Defendant
12 IMMUNO-BIOLOGICAL LABORATORIES

13            **UNITED STATES DISTRICT COURT**

14           **NORTHERN DISTRICT OF CALIFORNIA**

15              **SAN FRANCISCO DIVISION**

16 ALZHEIMER'S INSTITUTE OF AMERICA,        Case No. 3:10-CV-00482 (CRB)
   INC.,
17                                          **STIPULATION AND [PROPOSED]**
               Plaintiff,                   **ORDER REQUESTING ORDER**
18                                          **CHANGING TIME FOR OPPOSITION**
         vs.                                **TO AND REPLY IN SUPPORT OF**
19                                          **IMMUNO-BIOLOGICAL**
   ELAN PHARMACEUTICALS, INC.,              **LABORATORIES' MOTION TO DISMISS**
20 ELI LILLY AND COMPANY, ANASPEC INC.,
   IMMUNO-BIOLOGICAL LABORATORIES,          [Filed pursuant to Civil L.R. 6-2]
21 INC., THE JACKSON LABORATORY,
   PHOENIX PHARMACEUTICALS, INC., and       Hon. Charles R. Breyer
22 AMERICAN PEPTIDE COMPANY, INC.,          Date:        August 27, 2010
                                            Time:        10:00 a.m.
23             Defendants.                  Courtroom:  8

24

25

26

27

28

                                -1-

Pursuant to Civil L.R. 6-2, Plaintiff Alzheimer's Institute of America, Inc. ("AIA") and Defendant Immuno-Biological Laboratories ("IBL") submit this stipulated request for an order changing the time for AIA to file its Opposition to IBL's Motion to Dismiss and for IBL to file any Reply in support of its Motion.

IBL filed its Notice of Motion and Motion to Dismiss on July 15, 2010, noticing a hearing before this Court on August 27, 2010 (Docket No. 46).  To eliminate scheduling conflicts relating to the intervening briefing schedule, AIA and Lilly hereby stipulate to and request this Court change the time provided under Civil L.R. 7-3 for Opposition and Reply.  AIA shall file its Opposition to IBL's Motion to Dismiss on or before August 13, 2010.  IBL shall file its Reply, if any, on or before August 20, 2010.

Dated:  August 6, 2010

Respectfully submitted,

**BRYAN CAVE LLP**

By:  _____ */s/ Berrie R. Goldman*_____
Robert Padway (CA Bar No. 48439)_
Berrie Goldman (CA Bar No. 246061)
K. Lee Marshall, *pro hac vice*
Ameer Gado, *pro hac vice*
Bryan Cave LLP
Two Embarcadero Center, Suite 1400
San Francisco, CA  94111

Attorneys for Plaintiff
ALZHEIMER'S INSTITUTE OF AMERICA, INC.


**DOYLE HANCE LLC**

By:  _____ */s/ Stephen Patrick Doyle*_____
Stephen Patrick Doyle, *pro hac vice*
Stephen William Hance, *pro hac vice*
Two Carlson Parkway, Suite 230
Minnetonka, MN 55447
Telephone:  (763) 404-8240
Facsimile:   (763) 404-8244

Attorneys for Defendant
IMMUNO-BIOLOGICAL LABORATORIES

**DECLARATION OF BERRIE GOLDMAN IN SUPPORT OF STIPULATED REQUEST**

I, Berrie R. Goldman, declare as follows:

1.      I am an attorney licensed to practice before this Court and all courts of the State of California.  I am an associate with Bryan Cave LLP, counsel for Alzheimer's Institute of America, Inc. ("AIA") in the above-referenced action.

2.      The contents of this declaration are based upon my personal knowledge and are true and correct to the best of my knowledge and belief.  If called to testify, I could and would testify thereto.

3.      The contents of the foregoing Stipulated Request are true and correct to the best of my knowledge and belief.

4.      Counsel for AIA has scheduling conflicts that interfere with their ability to properly oppose IBL's Motion to Dismiss.

5.      Counsel for IBL, the only defendant affected by this request, has stipulated to the requested extension of time.

6.      This Court previously granted Lilly's Unopposed Motion to Change Time to Respond to the First Amended Complaint, extending each defendants' time to answer or otherwise respond by 90 days and continuing the Case Management Conference from May 14, 2010 to August 12, 2010 (Docket No. 26).  The Case Management Conference was subsequently continued to October 22, 2010 pursuant to stipulation and order (Docket No. 84).

7.      This stipulation will not affect any scheduled hearings in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 6, 2010

By: _____ */s/ Berrie R. Goldman* _____

Berrie R. Goldman

**[PROPOSED]** **ORDER**

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the stipulated request of Plaintiff Alzheimer's Institute of America, Inc. ("AIA") and Defendant Immuno-Biological Laboratories ("IBL") is **GRANTED**.

       1.      AIA shall file its Opposition to IBL's Motion to Dismiss on or before August 13, 2010.

       2.      IBL shall file its Reply, if any, on or before August 20, 2010.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   _August 9, 2010_____

                                      Hon. Charles R. Breyer
                                      U.S. District Court Judge
                                      Northern District of California

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
IT IS SO ORDERED
Judge Charles R. Breyer