FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304-1203
Tel:  (650) 849.6600; Fax:  (650) 849.6666
Robert F. McCauley III (Bar No. 162056)
robert.mccauley@finnegan.com
David Albagli (Bar No. 256230)
david.albagli@finnegan.com

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA   20190-5675
Tel:  (571) 203.2700; Fax:  (571) 203.2777
Charles E. Lipsey, *pro hac vice*
charles.lipsey@finnegan.com
L. Scott Burwell, *pro hac vice*
scott.burwell@finnegan.com

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Tel:  (202) 408.4000; Fax: (202) 408.4400
Robert D. Bajefsky, *pro hac vice*
robert.bajefsky@finnegan.com
Laura P. Masurovsky, *pro hac vice*
laura.masurovsky@finnegan.com
Robert F. Shaffer, *pro hac vice*
robert.shaffer@finnegan.com
Amy E. Purcell, *pro hac vice*
amy.purcell@finnegan.com

Attorneys for Defendant
*Eli Lilly and Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELAN PHARMACEUTICALS, INC., *et al.*, <br><br> Defendants. | CASE NO. CV 10-0482 CRB <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE ONE WEEK; SUPPORTING DECLARATION; [PROPOSED] ORDER** |

1   On October 22, 2010, the Court continued the Initial Case Management Conference to
2  November 5, 2010.  As the Court directed, the parties have been considering and discussing in good
3  faith whether they can agree to consent to assignment of this patent case to an agreed upon
4  magistrate judge for all purposes.  It appears unlikely, however, that the parties' discussions will be
5  concluded by November 5.  For this reason, and in the interest of avoiding the expense of travel and
6  a court appearance before the parties' discussions have concluded, the parties respectfully request
7  and stipulate, with the Court's permission, that the Case Management Conference scheduled for
8  November 5 be continued one week to November 12, 2010.

9
10  Dated:  November 3, 2010                    **FINNEGAN, HENDERSON, FARABOW,**
                                                **GARRETT & DUNNER, L.L.P.**
11

12                                              By:      /s/ *Robert McCauley*
                                                    Robert F. McCauley
13                                                  FINNEGAN, HENDERSON, FARABOW,
                                                    GARRETT & DUNNER, L.L.P.
14                                                  3300 Hillview Avenue
                                                    Palo Alto, California  94304-1203
15                                                  Telephone: 650.849.6600
                                                    Facsimile: 650.849.6666
16                                                  robert.mccauley@finnegan.com

17                                                  Attorneys for Defendant
                                                    *ELI LILLY AND COMPANY*
18
    Dated:  November 3, 2010                    **BRYAN CAVE LLP**
19

20
                                                By:      /s/ *Lee Marshall*
21                                                  Lee Marshall
                                                    BRYAN CAVE LLP
22                                                  Two Embarcadero Center, Suite 1400
                                                    San Francisco, CA  94111
23                                                  Telephone:  415.675.3400
                                                    Facsimile:  415.675.3434
24
                                                    Attorneys for Plaintiff
25                                                  *ALZHEIMER'S INSTITUTE OF AMERICA;*
                                                    *MICHAEL J. MULLAN; RONALD E. SEXTON*
26

27

28

Dated:  November 3, 2010              **MCKINNEY LAW GROUP APC**


By:    /s/ *Jeffrey McKinney*
    Jeffrey A. McKinney
    MCKINNEY LAW GROUP APC
    851 Moraga Road, Bungalo B
    Lafayette, CA 94549
    Telephone:  650.245.6723
    Facsimile:  650.798.3600
    jeffrey@mckinneylawgroup.com

    Attorneys for Defendant
    *ANASPEC, INC.*

Dated:  November 3, 2010              **HOWREY LLP**


By:    /s/ *Jackie Nakamura*
    Jackie Nakamura
    HOWREY LLP
    1950 University Avenue, 4th Floor
    East Palo Alto, CA   94303
    Telephone:  650.798.3500
    Facsimile:  650.798.3600
    nakamuraj@howrey.com

    Attorneys for Defendant
    *ELAN PHARMACEUTICALS, INC.*

Dated: November 3, 2010              **WOLF, GREENFIELD & SACKS, PC**


By:    /s/ *Michael Rader*
    Michael Rader
    WOLF, GREENFIELD & SACKS, PC
    600 Atlantic Avenue
    Boston, MA  02210-2206
    Telephone:  617.646.8000
    Facsimile:  617.646.8646
    michael.rader@wolfgreenfield.com

    Attorneys for Defendant
    *THE JACKSON LABORATORY*

**SUPPORTING DECLARATION OF ROBERT F. McCAULEY**

I, Robert F. McCauley, declare:

1. That I am admitted to practice before this Court, and am counsel of record for Defendant Eli Lilly and Company in the above action.

2. The statements set forth in the above stipulation have been agreed upon by counsel for the parties and are true to the best of my knowledge and belief.

3. The Court previously continued the Initial Case Management Conference from October 22, 2010, to November 5, 2010.  Because the Court has not entered a schedule for this case, continuing the Case Management Conference to November 12, 2010 will not affect any other scheduled date in the case.

I declare under penalty of perjury under the laws of the United states that the foregoing is true and correct.

Dated:  November 3, 2010         /s/ *Robert McCauley*
                                 Robert F. McCauley

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the Case Management Conference currently set for November 5, 2010 is continued to November ~~12~~ 19, 2010, at 8:30 a.m.

Dated:   November 3, 2010         _____
                                  Charles R. Breyer
                                  United States District Judge



IT IS SO ORDERED
Judge Charles R. Breyer