UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA,<br>         Plaintiff, | No. C 10-0482 CRB |
| v. | **ORDER GRANTING REQUEST FOR DEFENDANT THE JACKSON LABORATORY'S COUNSEL TO BE EXCUSED FROM ATTENDING THE MEDIATION** |
| ELAN PHARMACEUTICALS, et al.,<br>         Defendants._____/ | |
| | Date:     November 15, 2010<br>Mediator: Vicki Veenker |

   IT IS HEREBY ORDERED that the request for defendant The Jackson Laboratory's lead trial counsel, Michael Rader, to be excused from attending the November 15, 2010 mediation session before Vicki Veenker is GRANTED.

   IT IS SO ORDERED.

November 3, 2010          By:          *Elizabeth D. Laporte*
Dated                                              Elizabeth D. Laporte
                                                   United States Magistrate Judge