**BRYAN CAVE LLP**
K. Lee Marshall, admitted *pro hac vice*
Robert Padway, California Bar No. 48439
Berrie Goldman, California Bar No. 246061
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:    (415) 675 3434
E-Mail:       klmarshall@bryancave.com
              berrie.goldman@bryancave.com

**BRYAN CAVE LLP**
Ameer Gado, admitted *pro hac vice*
Benjamin J. Sodey, admitted *pro hac vice*
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
Telephone:   (314) 259-2000
Facsimile:    (314) 259-2020
Email:       ameer.gado@bryancave.com
             benjamin.sodey@bryancave.com

Attorneys for Plaintiff ALZHEIMER'S INSTITUTE OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>ELAN PHARMACEUTICALS, INC., ELI LILLY AND COMPANY, and THE JACKSON LABORATORY,<br><br>Defendants | Case No. 3:10-cv-00482- EDL<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS ELAN AND ELI LILLY'S JOINT MOTION TO COMPEL SIMULTANEOUS PRODUCTION [D.N. 164]; DECLARATION OF BERRIE R. GOLDMAN IN SUPPORT; [PROPOSED] ORDER**<br><br>[Filed Pursuant to L.R. 6-2]<br><br>Date:        May 31, 2011<br>Time:       9:00 a.m.<br>Courtroom: E, 15th Floor<br><br>Magistrate Judge Elizabeth D. Laporte |

Pursuant to Civil L.R. 6-2, Plaintiff Alzheimer's Institute of America, Inc. ("AIA") and Defendants Elan Pharmaceuticals, Inc. and Eli Lilly and Company (collectively, "Defendants") submit this stipulated request for an order changing the time for AIA's opposition to and Defendants' reply in support of Defendants Elan and Eli Lilly's Joint Motion to Compel AIA's Simultaneous Production of its Disclosures, Discovery Responses, and Expert Reports in Pending Actions (Docket No. 164) ("Motion").

Defendants filed their Motion on April 1, 2011, noticing a hearing before this Court on May 31, 2011. The parties are actively working toward a consent order that would resolve the issues presented in Defendants' Motion. While those discussions continue, the parties agree that the time for AIA to respond to Defendants' Motion shall be extended until noon PDT on Friday, May 13, 2011. The parties further agree that Defendants' time to file a reply in support of their Motion shall be extended until Wednesday, May 18, 2011. The parties do not request a continuance of the hearing scheduled for May 31, 2011.

The parties respectfully request this Court to enter an order changing time as described above.

Respectfully submitted,

Dated:  May 10, 2011          **BRYAN CAVE LLP**

By:    /s/ Berrie R. Goldman
          Berrie R. Goldman

Attorneys for Plaintiff
ALZHEIMER'S INSTITUTE OF AMERICA, INC.

Dated:  May 10, 2011          **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**

By:    /s/ Robert F. McCauley, III
          Robert F. McCauley, III

Robert F. McCauley, III (CA SBN 162056)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone: 650.849.6600

1
STIPULATED REQUEST FOR ORDER CHANGING TIME; CASE NO. 3:10-CV-00482-EDL

| | |
|---|---|
| 1 | Facsimile: 650.849.6666 |
| | robert.mccauley@finnegan.com |
| 2 | |
| | Laura P. Masurovsky, admitted *pro hac vice* |
| 3 | Robert F. Shaffer, admitted *pro hac vice* |
| | FINNEGAN, HENDERSON, FARABOW, |
| 4 | GARRETT & DUNNER, L.L.P. |
| | 901 New York Avenue, NW |
| 5 | Washington, D.C.  20001-4413 |
| | Telephone:  202.408.4000 |
| 6 | Facsimile:   202.408.4400 |
| | laura.masurovsky@finnegan.com |
| 7 | robert.shaffer@finnegan.com |
| 8 | Attorneys for Defendant |
| | ELI LILLY AND COMPANY |

Dated:  May 10, 2011   **DICKSTEIN SHAPIRO LLP**

By:  /s/ Katie J.L. Scott
       Katie J.L. Scott

Deborah E. Fishman (SBN 197854)
Katie J.L. Scott (SBN 233171)
Assad H. Rajani (SBN 251143)
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Tel:  650-632-4209
Fax:  650-632-4333
fishmand@dicksteinshapiro.com
scottk@dicksteinshapiro.com
rajania@dicksteinshapiro.com

Attorneys for Defendant
ELAN PHARMACEUTICALS, INC.

**DECLARATION OF BERRIE GOLDMAN IN SUPPORT OF STIPULATED REQUEST**

I, Berrie R. Goldman, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California. I am an associate with Bryan Cave LLP, counsel for Alzheimer's Institute of America, Inc. ("AIA") in the above-referenced action.

2. The contents of this declaration are based upon my personal knowledge and are true and correct to the best of my knowledge and belief. If called to testify, I could and would testify thereto.

3. AIA and Defendants Elan Pharmaceuticals, Inc. and Eli Lilly and Company (collectively, "Defendants") are actively working toward a consent order that would resolve the issues presented by Defendants in their Joint Motion for Simultaneous Production (D.N. 164). While the parties continue to progress toward an agreement, a short extension of the briefing schedule would avoid unnecessary expenditure of resources.

4. Counsel for Defendants have stipulated to the requested extension of time.

5. This Court previously granted Lilly's Unopposed Motion to Change Time to Respond to the First Amended Complaint, extending each defendants' time to answer or otherwise respond by 90 days and continuing the Case Management Conference from May 14, 2010 to August 12, 2010 (Docket No. 26). The Case Management Conference was subsequently continued to October 22, 2010 pursuant to stipulation and order (Docket No. 84). A further Case Management Conference was also continued for one week pursuant to stipulation and order (Docket No. 125). The Court has also granted requests for orders changing the time for opposition and reply to Lilly's Motion to Sever and Transfer (Docket No. 94) and Defendant Immuno-Biological Laboratory's Motion to Dismiss (Docket No. 96).

6. The requested time modification will not affect the schedule for the case, other than the briefing schedule for Defendants' Motion.

///

///

///

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.

3  Dated: May 10, 2011
4

5                                          By:           */s/ Berrie R. Goldman*
6                                                        Berrie R. Goldman

## [PROPOSED] ORDER

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the Stipulated Request of Plaintiff Alzheimer's Institute of America, Inc. ("AIA") and Defendants Elan Pharmaceuticals, Inc. and Eli Lilly and Company (collectively, "Defendants") is **GRANTED**.

AIA shall file its Opposition to Defendants' Joint Motion to Compel Simultaneous Production (D.N. 164) by noon PDT on Friday, May 13, 2011.  Defendants shall file a reply in support of their Motion, if any, by Wednesday, May 18, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 12, 2011

Hon. Elizabeth D. Laporte,
Magistrate Judge,
U.S. District Court for the Northern
District of California