UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ELAN PHARMACEUTICALS, INC., ELI LILLY AND COMPANY, and THE JACKSON LABORATORY,<br><br>Defendants. | Case No. 3:10-CV-00482 (EDL)<br><br>**JOINT STIPULATED [PROPOSED] ORDER REGARDING SERVICE OF AIA'S DISCLOSURES, DISCOVERY RESPONSES, EXPERT REPORTS, CONFIDENTIAL FILINGS, AND DEPOSITION TRANSCRIPTS IN PENDING ACTIONS** |

IT IS HEREBY STIPULATED AND ORDERED THAT:

1.  To the extent it has not already done so, Plaintiff Alzheimer's Institute of America ("AIA") shall, within five (5) business days after entry of this Order, serve upon all Participating Defendants[1] all of AIA's discovery responses, required disclosures, expert reports, confidential court filings, and deposition transcripts[2] of AIA witnesses and any witness whose deposition bears on the following issues: claim construction, standing, inventorship, ownership, assignment, invalidity, inequitable conduct, patent misuse, license defenses, damages and/or reasonable royalty, (including such materials that include Participating Defendants' designated confidential information, i.e, information designated "CONFIDENTIAL," "HIGHLY CONFIDENTIAL -- ATTORNEYS EYES ONLY," "HIGHLY CONFIDENTIAL -- PROSECUTION BAR," or otherwise designated under an

---

[1] "Participating Defendants" include Elan Pharmaceuticals, Eli Lilly, The Jackson Laboratory, Avid Radiopharmaceuticals, Trustees for the University of Pennsylvania, Mayo Clinic Jacksonville, Mayo Foundation for Medical Education and Research, Myriad Genetics, Myriad Pharmaceuticals, Oklahoma Medical Research Foundation, and CoMentis.

[2] With respect to Paragraphs 1 and 2 of this Order, the handling of deposition transcripts containing the designated confidential information of a party other than AIA and the Participating Defendants shall be governed by the provisions of the protective order entered in the case in which the deposition was taken.

1  applicable protective order) that have been served by AIA on any Defendant (or, with respect to
2  deposition transcripts, produced by a reporter) in any Participating Action.[3]

3    2.    AIA shall serve upon all Participating Defendants on a going-forward basis its
4  discovery responses, required disclosures, expert reports, confidential court filings, and deposition
5  transcripts of AIA witnesses and any witness whose deposition bears on the following issues: claim
6  construction, standing, inventorship, ownership, assignment, invalidity, inequitable conduct, patent
7  misuse, license defenses, damages and/or reasonable royalty (including such materials that include
8  Participating Defendants' designated confidential information, i.e, information designated
9  "CONFIDENTIAL," "HIGHLY CONFIDENTIAL -- ATTORNEYS EYES ONLY," "HIGHLY
10 CONFIDENTIAL -- PROSECUTION BAR," or otherwise designated under an applicable protective
11 order) that are served by AIA on any Defendant (or, with respect to deposition transcripts, produced
12 by a reporter) in any Participating Action within three (3) business days of such service.

13    3.    AIA shall further identify which Participating Defendant's confidential information is
14 present and the exhibit number of any exhibit in which the Participating Defendants' designated
15 confidential information appears.

16    4.    AIA consents that the defendants in the *Mayo* litigation may disclose AIA's discovery
17 responses, required disclosures, expert reports, confidential court filings, and deposition transcripts
18 of AIA witnesses and any witness whose deposition bears on the following issues: claim
19 construction, standing, inventorship, ownership, assignment, invalidity, inequitable conduct, patent
20 misuse, license defenses, damages and/or reasonable royalty, in that litigation to the defendants in
21 the Participating Actions and all Participating Defendants.

22    5.    Pursuant to the consent of Participating Defendants, this Order is intended to permit
23 AIA to disclose Participating Defendants' confidential information that may be subject to protective

---

[3] "Participating Action" means (1) *AIA v. Elan Pharmaceuticals, Inc.,* Civ. No. 3:10-CV-00482 (EDL) (N.D. Cal.), (2) *AIA v. CoMentis, Inc., et al.*, Civ. Nos. 5:09-CV-01366-F (W.D. Okla.), 3:09-CV-02772-VRW (N.D. Cal.), and (3) *AIA v. Avid Radiopharmaceuticals, et al*., Civ. No. 2:10-CV-06908-TJS (E.D. Pa.). "Participating Action" does not include *Mayo Clinic Jacksonville, et al. v. AIA*, Civ. Nos. 8:05-CV-00639-SDM-TBM, 8:05-CV-01049-SDM-TBM (M.D. Fla.) and *AIA v. Mayo Clinic Jacksonville, et al.*, 2:03-CV-02645-CM-DJW (D. Kan.), transferred to the M.D. Fla. and consolidated with 8:05-CV-01049-SDM-TBM.

orders entered in the other Actions. Participating Defendants consent that AIA's compliance with this Order shall not be construed by Participating Defendants as a breach of any such protective orders. Participating Defendants consent that they have reached agreement among themselves as to the proper treatment of Participating Defendants' confidential information by other Participating Defendants, and Participating Defendants further consent that AIA shall not be liable for any mishandling by Participating Defendants of confidential information that is served by AIA in accordance with this Order.

6. The Joint Motion to Compel filed by Defendants Elan and Eli Lilly is WITHDRAWN without prejudice to defendants' right to seek relief with respect to AIA's disclosures in the Mayo litigation should AIA and Mayo become unwilling or unable to serve AIA's disclosures from that litigation on the Participating Defendants.

SO STIPULATED:

Dated: May 27, 2011

FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP

By: /s/ *Robert F. McCauley*
Robert F. McCauley (SBN 162056)
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Tel: 650-849-6600
Fax: 650-849-6666
Robert.mccauley@finnegan.com

Attorneys for Defendant
ELI LILLY AND COMPANY

Of Counsel:

Laura P. Masurovsky
Finnegan, Henderson, Farabow, Garrett
   & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001
Tel: 202-408-4000
Fax: 202-408-4400
laura.masurovsky@finnegan.com

| | | |
|---|---|---|
| 1 | Dated: May 27, 2011 | BRYAN CAVE LLP |
| 2 | | By:  /s/ *K. Lee Marshall* |
| 3 | | K. Lee Marshall (admitted *Pro Hac Vice*) |
| | | Robert Padway (SBN 48439) |
| 4 | | Berrie Goldman (SBN 246061) |
| | | Two Embarcadero Center, Suite 1400 |
| 5 | | San Francisco, CA 94111 |
| | | Tel:  415-675-3400 |
| 6 | | Fax:  415-675-3434 |
| | | klmarshall@bryancave.com |
| 7 | | robert.padway@bryancave.com |
| | | berrie.goldman@bryancave.com |
| 8 | | |
| | | Attorneys for Plaintiff |
| 9 | | ALZHEIMER'S INSTITUTE OF AMERICA, INC. |

10  Of Counsel:

11  Ameer Gado (admitted *Pro Hac Vice*)
    Benjamin J. Sodey (admitted *Pro Hac Vice*)
12  Bryan Cave LLP
    One Metropolitan Square, Suite 3600
13  211 North Broadway
    St. Louis, MO 63102
14  Tel:  314-259-2000
    Fax:  314-259-2020
15  aagado@bryancave.com
    benjamin.sodey@bryancave.com
16

| | | |
|---|---|---|
| 17 | Dated: May 27, 2011 | DICKSTEIN SHAPIRO LLP |
| 18 | | |
| 19 | | By:  /s/ *Katie J.L. Scott* |
| 20 | | Deborah E. Fishman (SBN 197854) |
| | | Katie J.L. Scott (SBN 233171) |
| 21 | | Assad H. Rajani (SBN 251143) |
| | | 303 Twin Dolphin Drive, Suite 600 |
| 22 | | Redwood City, CA 94065 |
| | | Tel:  650-632-4209 |
| 23 | | Fax:  650-632-4333 |
| | | fishmand@dicksteinshapiro.com |
| 24 | | scottk@dicksteinshapiro.com |
| | | rajania@dicksteinshapiro.com |
| 25 | | |
| | | Attorneys for Defendant |
| 26 | | ELAN PHARMACEUTICALS, INC. |

27

28

| | | |
|---|---|---|
| 1 | Dated: May 27, 2011 | WOLF GREENFIELD & SACK, P.C. |
| 2 | | By:  /s/ *Michael N. Rader* |
| 3 | | Chelsea A. Loughran (admitted *Pro Hac Vice*) |
| | | Michael N. Rader (admitted *Pro Hac Vice*) |
| 4 | | 600 Atlantic Avenue |
| | | Boston, MA 02210-2206 |
| 5 | | Tel:  617-646-8000 |
| | | Fax:  617-646-8646 |
| 6 | | cloughran@wolfgreenfield.com |
| | | mrader@wolfgreenfield.com |
| 7 | | |
| | | Attorneys for Defendant |
| 8 | | THE JACKSON LABORATORY |

Of Counsel:

Todd Andrew Noah
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Tel:  415-705-6377
Fax:  415-705-6383
tnoah@dergnoah.com

Dated: 05/31/2011

IT IS SO ORDERED.

_____
Hon. Elizabeth D. Laporte
UNITED STATES DISTRICT MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte]*