IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELAN CORPORATION PLC, et al.,<br><br>    Defendants. | No. C-10-482-EDL<br><br>**ORDER REGARDING STATEMENT OF INTEREST OF THE UNITED STATES** |

On July 15, 2011, the United States appeared on behalf of the National Institutes of Health of the Department of Health and Human Services to "inform the Court that the United States has granted defendant Jackson Laboratory, Inc. (Jackson) the Government's 'authorization and consent' as to certain acts alleged to have been committed by defendant Jackson." The Government attached a June 17, 2011 "authorization and consent" letter to Jackson from the Department of Health and Human Services, and contends that the effect of this letter is to relieve Jackson of any liability for patent infringement resulting from acts undertaken with the Government's authorization and consent, and to transfer to the Government any such liability. The Government concludes by "respectfully ask[ing] the Court to enter judgment in favor of Jackson as to transgenic mice developed, maintained or distributed under the NCRR grants or distributed to NIH researchers under contract no. HHSN263999002281."

The parties are hereby Ordered to meet and confer regarding the impact of this Statement of Interest on this case and notify the Court within one week of this Order what impact, if any, it has on

//

the schedule currently in place for this case and on Jackson's status as a party to this case.

**IT IS SO ORDERED.**

*[Signature: Elizabeth D. Laporte]*
ELIZABETH D. LAPORTE
United States Magistrate Judge

Dated: July 25, 2011

2