IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELAN CORPORATION PLC, et al.,<br><br>    Defendants. | No. C-10-482-EDL<br><br>**FURTHER ORDER REGARDING STATEMENT OF INTEREST OF THE UNITED STATES** |

On July 15, 2011, the United States appeared on behalf of the National Institutes of Health of the Department of Health and Human Services to "inform the Court that the United States has granted defendant Jackson Laboratory, Inc. (Jackson) the Government's 'authorization and consent' as to certain acts alleged to have been committed by defendant Jackson." The Government attached a June 17, 2011 "authorization and consent" letter to Jackson from the Department of Health and Human Services, and contends that the effect of this letter is to relieve Jackson of any liability for patent infringement resulting from acts undertaken with the Government's authorization and consent, and to transfer to the Government any such liability. The Court ordered briefing on the impact of this filing on the litigation. AIA and Jackson timely informed the Court that they are attempting to agree upon a resolution of the case against Jackson, but have not yet finalized the terms of an agreement. They shall submit a further update to the Court by August 10, 2011.

**IT IS SO ORDERED.**

Dated: August 4, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge