TODD A. NOAH
DERGOSITS & NOAH LLP
Three Embarcadero Center
Suite 410
San Francisco, CA 94111
Tel: (415) 705-6377
Fax: (425) 705-6383
E-mail: tnoah@dergnoah.com

MICHAEL N. RADER (admitted *pro hac vice*)
CHELSEA A. LOUGHRAN (admitted *pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 646-8000
Fax: (617) 646-8646
E-mail: mrader@wolfgreenfield.com
         cloughran@wolfgreenfield.com

Attorneys for Defendant
THE JACKSON LABORATORY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELAN PHARMACEUTICALS, INC., ELI LILLY AND COMPANY, and THE JACKSON LABORATORY<br><br>Defendants. | Case No. 3:10-cv-00482-EDL<br><br>**JOINT STIPULATED MOTION BY ALZHEIMER'S INSTITUTE OF AMERICA AND THE JACKSON LABORATORY TO DISMISS** |

1  Plaintiff Alzheimer's Institute of America and Defendant The Jackson Laboratory
2  jointly stipulate and move this Court to dismiss this action, including all claims and
3  counterclaims between them, without prejudice and with each party to bear its own
4  attorneys fees and costs.

Respectfully submitted,

**BRYAN CAVE LLP**

Dated:  August 10, 2011        By:     /s/
Kenneth Lee Marshall, *pro hac vice*
Berrie Goldman (CA Bar No. 246061)
Bryan Cave LLP
Two Embarcadero Center, Suite 1400
San Francisco, CA 94111

Attorneys for Plaintiff
ALZHEIMER'S INSTITUTE OF AMERICA, INC.

**WOLF, GREENFIELD & SACKS, P.C.**

Dated:  August 10, 2011        By:     /s/
Michael N. Rader, *pro hac vice*
Chelsea A. Loughran, *pro hac vice*
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

Attorneys for Defendant
THE JACKSON LABORATORY

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The claims and counterclaims between AIA and Jackson in this action are dismissed without prejudice.

Dated: August, __11, 2011

*[signature: Elizabeth D. Laporte]*
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge
Northern District of California