**BRYAN CAVE LLP**
K. Lee Marshall, admitted *pro hac vice*
Robert Padway, California Bar No. 48439
Berrie Goldman, California Bar No. 246061
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675 3434
E-Mail:      klmarshall@bryancave.com
             berrie.goldman@bryancave.com

**BRYAN CAVE LLP**
Ameer Gado, admitted *pro hac vice*
Benjamin J. Sodey, admitted *pro hac vice*
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
Telephone:   (314) 259-2000
Facsimile:   (314) 259-2020
Email:       ameer.gado@bryancave.com
             benjamin.sodey@bryancave.com

Attorneys for Plaintiff ALZHEIMER'S INSTITUTE OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>ELAN PHARMACEUTICALS, INC., ELI LILLY AND COMPANY, and THE JACKSON LABORATORY,<br><br>Defendants | Case No. 3:10-cv-00482- EDL<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR OPPOSITION TO DEFENDANT ELAN MOTION TO COMPEL NON-PRIVILEGED AND NON-IMMUNE DOCUMENTS FROM AIA**<br><br>[Filed Pursuant to L.R. 6-2]<br><br>Date:       September 6, 2011<br>Time:       4:15 p.m.<br>Courtroom: F, 15th Floor<br><br>Magistrate Judge Elizabeth D. Laporte |

Pursuant to Civil L.R. 6-2, Plaintiff Alzheimer's Institute of America, Inc. ("AIA") and Defendant Elan Pharmaceuticals, Inc. ("Elan") submit this stipulated request for an order changing the time for AIA's opposition to Elan's Motion to Compel Non-Privileged and Non-Immune Documents from AIA (Docket No. 205) ("Motion").

Elan filed its Motion on July 28, 2011, noticing a hearing before this Court on August 30, 2011. On August 11, 2011, the Court entered an Order modifying the hearing date to September 6, 2011 (Docket No. 222). The parties agree that the time for AIA to respond to Elan's Motion shall be extended until Tuesday, August 16, 2011, and that Elan's reply shall then be due on Tuesday, August 23, 2011. The parties do not request a continuance of the hearing scheduled for September 6, 2011.

The parties respectfully request this Court to enter an order changing time as described above.

Respectfully submitted,

Dated: August 11, 2011  **BRYAN CAVE LLP**

By:  /s/ Lee Marshall
       Lee Marshall

Attorneys for Plaintiff
ALZHEIMER'S INSTITUTE OF AMERICA, INC.

Dated: August 11, 2011  **DICKSTEIN SHAPIRO LLP**

By:  /s/ Katie J.L. Scott
       Katie J.L. Scott

Deborah E. Fishman (SBN 197854)
Katie J.L. Scott (SBN 233171)
Assad H. Rajani (SBN 251143)
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Tel: 650-632-4209
Fax: 650-632-4333
fishmand@dicksteinshapiro.com
scottk@dicksteinshapiro.com
rajania@dicksteinshapiro.com

Attorneys for Defendant
ELAN PHARMACEUTICALS, INC.

**DECLARATION OF LEE MARSHALL IN SUPPORT OF STIPULATED REQUEST**

I, Lee Marshall, declare as follows:

1. I am an attorney admitted to practice before this Court and all courts of the State of California. I am a partner with Bryan Cave LLP, counsel for Alzheimer's Institute of America, Inc. ("AIA") in the above-referenced action.

2. The contents of this declaration are based upon my personal knowledge and are true and correct to the best of my knowledge and belief. If called to testify, I could and would testify thereto.

3. AIA has been diligently preparing its memorandum in opposition to Elan's Motion to Compel Non-Privileged and Non-Immune Documents from AIA (Docket No. 205) ("Motion"). However, AIA requires a brief extension of time in which to finalize its opposition because (i) the Bryan Cave attorney who primarily communicated with Elan's counsel on the issues that are the subject of the Motion is out of the office for the week of August 8, (ii) I was preparing for and arguing a significant summary judgment motion in the Eastern District of Pennsylvania on August 10, 2011, and (iii) AIA and its counsel are preparing for a deposition to be conducted in this case on August 15, 2011.

4. Counsel for Elan has stipulated to the requested extension of time.

5. This Court previously granted Lilly's Unopposed Motion to Change Time to Respond to the First Amended Complaint, extending each defendants' time to answer or otherwise respond by 90 days and continuing the Case Management Conference from May 14, 2010 to August 12, 2010 (Docket No. 26). The Case Management Conference was subsequently continued to October 22, 2010 pursuant to stipulation and order (Docket No. 84). A further Case Management Conference was also continued for one week pursuant to stipulation and order (Docket No. 125). The Court has also granted requests for orders changing the time for opposition and reply to Lilly's Motion to Sever and Transfer (Docket No. 94), Defendant Immuno-Biological Laboratory's Motion to Dismiss (Docket No. 96), and Defendants' Joint Motion for Simultaneous Production (Docket No. 175).

6. The requested time modification will not affect the schedule for the case, other than the briefing schedule for Elan's Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 11, 2011

By: _____/s/ Lee Marshall_____
Lee Marshall

~~[PROPOSED]~~ ORDER

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the Stipulated Request of Plaintiff Alzheimer's Institute of America, Inc. ("AIA") and Defendant Elan Pharmaceuticals, Inc. ("Elan") is **GRANTED**.

AIA shall file its Opposition to Motion to Compel Non-Privileged and Non-Immune Documents from AIA (Docket No. 205) by Tuesday, August 16, 2011. Elan shall file any Reply by Tuesday, August 23, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __August 11, 2011__

_____
Hon. Elizabeth D. Laporte,
Magistrate Judge,
U.S. District Court for the Northern
District of California