**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALZHEIMER'S INSTITUTE OF AMERICA,

    Plaintiff,

v.

ELAN CORPORATION PLC, et al.,

    Defendants.

No. C-10-482-EDL

**ORDER VACATING CLAIM CONSTRUCTION TUTORIAL AND HEARING DATES**

    In the parallel case of Alzheimer's Institute of America, Inc. v. Avid Radiopharmaceuticals, et al., C-10-6908 (E.D. Pa.), a Pennsylvania District Court recently denied AIA and Avid's cross-motions for summary and intends to hold an early trial on the issue of standing. This Court requested input from the parties on the impact of the Pennsylvania District Court's decision on this case, and in particular on the Court's current claim construction schedule. The parties agree that the claim construction deadlines in this case should be continued.

    The parties shall provide the Court with a further update regarding claim construction scheduling within one week of the Pennsylvania District Court's scheduling order setting trial on the standing issue. The tutorial set for November 3, 2011 and the claim construction hearing set for November 14, 2011 are hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 9, 2011

                                               */s/ Elizabeth D. Laporte*
                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge