IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELAN CORPORATION PLC, et al.,<br><br>    Defendants. | No. C-10-482-EDL<br><br>**ORDER VACATING CLAIM CONSTRUCTION TUTORIAL AND HEARING DATES** |

In the parallel case of Alzheimer's Institute of America, Inc. v. Avid Radiopharmaceuticals, et al., C-10-6908 (E.D. Pa.), a Pennsylvania District Court recently set a trial on the issue of standing for April 12, 2012. The parties agree that claim construction in this case should be postponed until after the conclusion of the Pennsylvania District Court trial. The parties shall provide the Court with a further update regarding claim construction scheduling in this case within one week of the conclusion of Pennsylvania District Court trial, or by April 30, 2012 at the latest.

**IT IS SO ORDERED.**

Dated: September 21, 2011

                                                  ELIZABETH D. LAPORTE
                                                United States Magistrate Judge