**BRYAN CAVE LLP**
K. Lee Marshall, admitted *pro hac vice*
Robert Padway, California Bar No. 48439
Berrie Goldman, California Bar No. 246061
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:     (415) 675-3400
Facsimile:      (415) 675 3434
E-Mail:          klmarshall@bryancave.com
                     berrie.goldman@bryancave.com

**BRYAN CAVE LLP**
Ameer Gado, admitted *pro hac vice*
Benjamin J. Sodey, admitted *pro hac vice*
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
Telephone:     (314) 259-2000
Facsimile:      (314) 259-2020
Email:           ameer.gado@bryancave.com
                     benjamin.sodey@bryancave.com

Attorneys for Plaintiff ALZHEIMER'S INSTITUTE OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC.<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ELAN PHARMACEUTICALS, INC. and ELI LILLY AND COMPANY,<br><br>　　　　　　　Defendants | Case No. 3:10-cv-00482- EDL<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR OPPOSITION TO, REPLY IN SUPPORT OF, AND HEARING ON DEFENDANT ELI LILLY AND COMPANY'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT [D.N. 255]; DECLARATION OF BERRIE R. GOLDMAN IN SUPPORT; [PROPOSED] ORDER**<br><br>[Filed Pursuant to L.R. 6-2]<br><br>Date:　　　　November 8, 2011<br>Time:　　　　9:00 a.m.<br>Courtroom: E, 15th Floor<br><br>Magistrate Judge Elizabeth D. Laporte |

Pursuant to Civil L.R. 6-2, Plaintiff Alzheimer's Institute of America, Inc. ("AIA") and Defendant Eli Lilly and Company ("Lilly") submit this stipulated request for an order changing the time for AIA's opposition to and Lilly's reply in support of Defendant Eli Lilly and Company's Motion for Summary Judgment of Non-Infringement (D.N. 255) ("Motion").

Lilly filed its Motion on September 29, 2011, noticing a hearing before this Court on November 8, 2011. AIA requires an additional 30 days to adequately prepare its response to Lilly's Motion for Summary Judgment of Non-Infringement. The parties agree that the time for AIA to respond to Lilly's Motion shall be extended until November 14, 2011. The parties further agree that Lilly shall file its reply in support of its Motion no later than November 21, 2011. The parties further request a continuance of the hearing on Lilly's Motion to December 6, 2011, or as soon thereafter at the convenience of the Court.

The parties respectfully request this Court to enter an order changing time as described above.

Respectfully submitted,

Dated: October 13, 2011     **BRYAN CAVE LLP**

By:   /s/ Berrie R. Goldman
          Berrie R. Goldman

Attorneys for Plaintiff
ALZHEIMER'S INSTITUTE OF AMERICA, INC.

Dated: October 13, 2011     **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**

By:   /s/ Laura P. Masurovsky
          Laura P. Masurovsky

Laura P. Masurovsky, admitted *pro hac vice*
Robert F. Shaffer, admitted *pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413
Telephone: 202.408.4000
Facsimile: 202.408.4400
laura.masurovsky@finnegan.com
robert.shaffer@finnegan.com

Robert F. McCauley, III (CA SBN 162056)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: 650.849.6600
Facsimile: 650.849.6666
robert.mccauley@finnegan.com

Attorneys for Defendant
ELI LILLY AND COMPANY

**DECLARATION OF BERRIE GOLDMAN IN SUPPORT OF STIPULATED REQUEST**

I, Berrie R. Goldman, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California. I am an associate with Bryan Cave LLP, counsel for Alzheimer's Institute of America, Inc. ("AIA") in the above-referenced action.

2. The contents of this declaration are based upon my personal knowledge and are true and correct to the best of my knowledge and belief. If called to testify, I could and would testify thereto.

3. AIA requires an additional 30 days to adequately respond to Lilly's Motion for Summary Judgment of Non-Infringement.

4. Counsel for Lilly has stipulated to the requested extension of time.

5. This Court previously granted Lilly's Unopposed Motion to Change Time to Respond to the First Amended Complaint, extending each defendants' time to answer or otherwise respond by 90 days and continuing the Case Management Conference from May 14, 2010 to August 12, 2010 (Docket No. 26). The Case Management Conference was subsequently continued to October 22, 2010 pursuant to stipulation and order (Docket No. 84). A further Case Management Conference was also continued for one week pursuant to stipulation and order (Docket No. 125). The Court has also granted requests for orders changing the time for opposition and reply to Lilly's Motion to Sever and Transfer (Docket No. 94), Defendant Immuno-Biological Laboratory's Motion to Dismiss (Docket No. 96), Defendants' Joint Motion to Compel Simultaneous Production (D.N. 164), and Elan's Motion to Compel Non-Privileged and Non-Immune Documents from AIA (D.N. 205).

6. The requested time modification will not affect the schedule for the case, other than the briefing schedule and hearing date for Lilly's Motion.

///
///
///
///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 13, 2011

By: _____/s/ Berrie R. Goldman_____
Berrie R. Goldman

~~[PROPOSED]~~ ORDER

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the Stipulated Request of Plaintiff Alzheimer's Institute of America, Inc. ("AIA") and Defendant Eli Lilly and Company ("Lilly") is **GRANTED**.

AIA shall file its Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment of Non-Infringement (D.N. 255) no later than November 14, 2011. Lilly shall file a reply in support of its Motion, if any, by November 21, 2011. The hearing on Lilly's Motion shall be held on December 6, 2011 at ~~9:00 a.m. [or thereafter at the Court's convenience]~~. 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 14, 2011

*/s/ Elizabeth D. Laporte*
Hon. Elizabeth D. Laporte,
Magistrate Judge,
U.S. District Court for the Northern
District of California