Deborah E. Fishman (SBN 197584)
Katie J.L. Scott (SBN 233171)
Assad H. Rajani (SBN 251143)
Jessica L. Hubley (SBN 260672)
**DICKSTEIN SHAPIRO LLP**
700 Hansen Way
Palo Alto, CA 94304
Telephone:      (650) 690-9500
Facsimile:       (650) 690-9501
Email: fishmand@dicksteinshapiro.com
          scottk@dicksteinshapiro.com
          rajania@dicksteinshapiro.com
          hubleyj@dicksteinshapiro.com

Charles D. Ossola (*admitted pro hac vice*)
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:      (202) 420-2200
Facsimile:       (202) 420-2201
Email: ossolad@dicksteinshapiro.com

Attorneys for Defendant and Counterclaim Plaintiff
ELAN PHARMACEUTICALS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>ELAN PHARMACEUTICALS, INC., ELI LILLY AND COMPANY,<br><br>            Defendants.<br><br>AND OTHER COUNTERCLAIMS | Case No.  3:10-CV-00482 (EDL)<br><br>**JOINT STIPULATION TO WITHDRAW ELAN'S JULY 19, 2011 ADMINISTRATIVE MOTION TO FILE UNDER SEAL** , ORDER |

Pursuant to Civil L.R. 7-12 and Federal Rules of Civil Procedure 20(a)(2) and 21, Defendant Elan Pharmaceuticals, Inc. ("Elan") and Plaintiff Alzheimer's Institute of America, Inc. ("AIA") (collectively "the Parties"), by and through their respective counsel, hereby agree and stipulate, and respectfully request the Court to enter an Order withdrawing Elan's July 19, 2011 Administrative Motion to file under seal portions of Elan's Responsive Claim Construction Brief and Exhibit 23 to the Rajani Declaration in Support of Elan's Responsive Claim Construction Brief (D.N. 200).

This joint stipulation sets forth the following facts upon which the Parties agree:

1. On July 19, 2011, Elan filed an administrative motion to file portions of its Responsive Claim Construction Brief and Exhibit 23 to the Rajani Declaration in Support of Elan's Responsive Claim Construction Brief (D.N. 200).  Pages 16-17 of Elan's Responsive Claim Construction Brief and Exhibit 23 contained selected passages of the deposition transcript of Dr. Michael Mullan previously designated as "CONFIDENTIAL – ATTORNEYS EYES ONLY" by AIA.  AIA did not file a declaration pursuant to Civil L.R. 79-5(d) in support of sealing these documents.

2. On October 19, 2011, counsel for Elan and AIA conferred on Elan's administrative motion.  The parties agree that Elan's Responsive Claim Construction Brief (D.N. 201) and Exhibit 23 (D.N. 202) are not confidential and should be filed publicly.

WHEREFORE, the Parties, by and through their respective counsel, hereby stipulate to and request this Court to enter an Order: (1) withdrawing Elan's July 19, 2011 Administrative Motion to file under seal portions of Elan's Responsive Claim Construction Brief and Exhibit 23 to the Rajani Declaration in Support of Elan's Responsive Claim Construction Brief (D.N. 200); and (2) permitting Elan to publicly file Elan's Responsive Claim Construction Brief and Exhibit 23 in unredacted form.

Dated: October 20, 2011            Respectfully Submitted,

/s/ *Berrie R. Goldman*
K. Lee Marshall (SBN 277092)
Robert Padway SBN 48439)
Berrie Goldman (SBN 246061)
**BRYAN CAVE LLP**
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675 3434
E-Mail: klmarshall@bryancave.com
robert.padway@bryancave.com
berrie.goldman@bryancave.com

Ameer Gado (*admitted pro hac vice*)
Benjamin Sodey (*admitted pro hac vice*)
**BRYAN CAVE LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
E-Mail: ameer.gado@bryancave.com
benjamin.sodey@bryancave.com

**Attorneys for Plaintiff**
**ALZHEIMER'S INSTITUTE OF AMERICA, INC.**

Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated: October 20, 2011            Respectfully Submitted,

/s/ *Assad H. Rajani*
Deborah E. Fishman (SBN 197584)
Katie J.L. Scott (SBN 233171)
Assad H. Rajani (SBN 251143)
Jessica L. Hubley (SBN 260672)
**DICKSTEIN SHAPIRO LLP**
700 Hansen Way
Palo Alto, CA 94304
Telephone:   (650) 690-9500
Facsimile:   (650) 690-9501
Email:  fishmand@dicksteinshapiro.com
        scottk@dicksteinshapiro.com
        rajania@dicksteinshapiro.com
        hubleyj@dicksteinshapiro.com

2

Charles D. Ossola (*admitted pro hac vice*)
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:    (202) 420-2200
Facsimile:    (202) 420-2201
Email: ossolad@dicksteinshapiro.com
Attorneys for Defendant and Counterclaim Plaintiff
ELAN PHARMACEUTICALS, INC

**Attorneys for Defendant and Counterclaim Plaintiff
ELAN PHARMACEUTICALS, INC.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October __21__, 2011

_____
Honorable Elizabeth D. Laporte
DISTRICT COURT MAGISTRATE JUDGE