IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELAN CORPORATION PLC, et al.,<br><br>    Defendants. | No. C-10-482-EDL<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON MOTION TO WITHDRAW** |

At the hearing on Plaintiff's motion to stay on November 7, 2011, the Court set the following briefing schedule on Bryan Cave's motion to withdraw as counsel: last day to file opening brief is November 14, 2011; last day to file opposition is November 22, 2011; last day to file reply is December 2, 2011. The Court will hold a hearing on the motion to withdraw, if necessary, on December 14, 2011, at 2:00 p.m. The Court will notify the parties if it deems the matter submitted on the papers and suitable for decision without further argument.

It is further ORDERED that the briefing and hearing dates previously set on Defendant Eli Lilly and Company's motion for summary judgment are hereby VACATED

**IT IS SO ORDERED.**

**Dated: November 7, 2011**

**ELIZABETH D. LAPORTE**
**United States Magistrate Judge**