1  Deborah E. Fishman (SBN 197584)
   Katie J.L. Scott (SBN 233171)
2  DICKSTEIN SHAPIRO LLP
   700 Hansen Way
3  Palo Alto, CA 94304
   Telephone: (650) 690-9500
4  Facsimile: (650) 690-9501
   Email: fishmand@dicksteinshapiro.com
5          scottk@dicksteinshapiro.com

6  **Attorneys for Non-Party
   ELAN PHARMACEUTICALS, INC.**
7
   K. Lee Marshall (SBN 277092)
8  Berrie R. Goldman (SBN 246061)
   BRYAN CAVE LLP
9  333 Market Street, Suite 2500
   San Francisco, CA 94105-2126
10 Telephone: (415) 675-3400
   Facsimile. (415) 675-3434
11 E-Mail: klmarshall@bryancave.com
           berrie.goldman@bryancave.com
12
   Ameer Gado
13 BRYAN CAVE LLP
   One Metropolitan Square
14 211 North Broadway, Suite 3600
   St. Louis, MO 63102-2750
15 Telephone: (314) 259-2000
   Facsimile. (314) 259-2020
16 E-Mail: aagado@bryancave.com

17 **Attorneys for Plaintiff
   ALZHEIMER'S INSTITUTE OF
18 AMERICA, INC.**

19
**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
20
SAN FRANCISCO DIVISION**

21

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC., | Case No. 3:12-MC-80055 (EDL) |
| Plaintiff, | (relating to Case No. 2:10-cv-06908-TJS pending in E.D. Pa.) |
| vs. | |
| AVID RADIOPHARMACEUTICALS, and THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | **JOINT STIPULATION TO RESET MARCH 20, 2012 HEARING TO MARCH 22, 2012 AND TO CONDUCT HEARING TELEPHONICALLY;** [PROPOSED] **ORDER** |
| Defendants. | |

DICKSTEIN
SHAPIRO LLP

JOINT STIPULATION TO RESET MARCH 20, 2012 HEARING TO MARCH 22, 2012
AND TO CONDUCT HEARING TELEPHONICALLY; [PROPOSED] ORDER
Civil Action No. 3:12-mc-80055 (EDL)

1  Pursuant to Civil L.R. 7-12 and Federal Rules of Civil Procedure 20(a)(2) and 21, Non-Party
2  Elan Pharmaceuticals, Inc. ("Elan") and Plaintiff Alzheimers Institute of America, Inc. ("AIA")
3  (collectively "the Parties"), by and through their respective counsel, hereby agree and stipulate:
4      1. On March 20, 2012 at 10:00 a.m., Judge Laporte is scheduled to preside over AIA's
5  Motion to Compel Production of Documents from Elan Pharmaceuticals, Inc. (Docket No. 1).
6      2. Due to scheduling conflicts, the parties agree to reschedule the March 20, 2012
7  hearing to March 22, 2012 at 11:00 a.m., and further agree to hold this hearing telephonically.
8      3. Counsel for the Parties agree and understand that the Court will initiate the telephonic
9  hearing by dialing counsel direct.
10     3. Non-Party Elan Pharmaceuticals, Inc. will be represented by Katie J.L. Scott and
11 Deborah E. Fishman. The telephone number to be used for purposes of the telephonic hearing will
12 be (650) 690-9553.
13     4. Plaintiff Alzheimer's Institute of America will be represented by Berrie R. Goldman.
14 The telephone number to be used for purposes of the telephonic hearing will be (415) 675-3436.
15 THEREFORE, the Parties, by and through their respective counsel, hereby request the Court
16 to enter an Order resetting the March 20, 2012 hearing for March 22, 2012 at 11:00 a.m. and for said
17 hearing to be conducted telephonically.

Dated: March 16, 2012                  Respectfully submitted,

BRYAN CAVE LLP

By:   /s/ *Berrie R. Goldman*
       K. Lee Marshall (SBN 277092)
       Berrie R. Goldman (SBN 246061)
       BRYAN CAVE LLP
       333 Market Street, Suite 2500
       San Francisco, CA 94105-2126
       Telephone: (415) 675-3400
       Facsimile. (415) 675-3434
       E-Mail: klmarshall@bryancave.com
              berrie.goldman@bryancave.com

       Ameer Gado
       BRYAN CAVE LLP
       One Metropolitan Square
       211 North Broadway, Suite 3600

DICKSTEIN SHAPIRO LLP

1

JOINT STIPULATION TO RESET MARCH 20, 2012 HEARING TO MARCH 22, 2012
AND TO CONDUCT HEARING TELEPHONICALLY; [PROPOSED] ORDER
Civil Action No. 3:12-mc-80055 (EDL)

```
                                          St. Louis, MO 63102-2750
                                          Telephone: (314) 259-2000
                                          Facsimile. (314) 259-2020
                                          E-Mail: aagado@bryancave.com
```

**Attorneys for Plaintiff**
**ALZHEIMER'S INSTITUTE OF AMERICA, INC.**

Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated: March 16, 2012

Respectfully submitted,

DICKSTEIN SHAPIRO LLP

By: /s/ *Deborah E. Fishman*
    Deborah E. Fishman (SBN 197584)
    Katie J.L. Scott (SBN 233171)
    DICKSTEIN SHAPIRO LLP
    700 Hansen Way
    Palo Alto, CA 94304
    Telephone: (650) 690-9500
    Facsimile: (650) 690-9501
    Email: fishmand@dicksteinshapiro.com
          scottk@dicksteinshapiro.com

Attorneys for Non-Party
ELAN PHARMACEUTICALS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March __19__, 2012

*[signature: Elizabeth D. Laporte]*

    Honorable Elizabeth D. Laporte
    DISTRICT COURT MAGISTRATE JUDGE

2

JOINT STIPULATION TO RESET MARCH 20, 2012 HEARING TO MARCH 22, 2012
AND TO CONDUCT HEARING TELEPHONICALLY; [PROPOSED] ORDER
Civil Action No. 3:12-mc-80055 (EDL)

DICKSTEIN SHAPIRO LLP