United States District Court
For the Northern District of California

1
2
3
4
5                        IN THE UNITED STATES DISTRICT COURT
6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    ALZHEIMER'S INSTITUTE OF AMERICA            No. C -10-00482 (EDL)
     INC,
9                                                **ORDER REQUIRING UPDATE**
              Plaintiff,
10
11      v.
12   ELAN CORPORATION PLC,
13            Defendant.
     _____/
14
15          On December 22, 2011, this Court granted a stay of this case in light of an upcoming jury
16   trial on standing in a parallel case in the Eastern District of Pennsylvania, Alzheimer's Institute of
17   America, Inc. v. Avid Radiopharmaceuticals, et al., 10-CV-6908.  The Court's Order required the
18   parties to inform the Court of any developments in the Avid proceedings and their impact on the stay
19   of this case. Dkt. # 296 at 10.  The Court has learned that the jury reached a verdict in the Avid trial
20   on April 20, 2012.  Accordingly, the parties shall provide the Court with a joint report on the status
     of this case in light of the jury's verdict by May 7, 2012.
21
22          **IT IS SO ORDERED.**
23
24                                                _Elizabeth D. Laporte_
     Dated: April 24, 2012                        _____
25                                                ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge
26
27
28