| | | |
|---|---|---|
| 1 | FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP | FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP |
| 2 | 3300 Hillview Avenue<br>Palo Alto, California  94304-1203 | Two Freedom Square<br>11955 Freedom Drive |
| 3 | Tel:  (650) 849.6600; Fax:  (650) 849.6666<br>Robert F. McCauley III (Bar No. 162056) | Reston, VA  20190-5675<br>Tel:  (571) 203.2700;  Fax: (571) 203.2777 |
| 4 | robert.mccauley@finnegan.com | Charles E. Lipsey, *pro hac vice*<br>charles.lipsey@finnegan.com |
| 5 | FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP | L. Scott Burwell, *pro hac vice*<br>scott.burwell@finnegan.com |
| 6 | 901 New York Avenue, NW<br>Washington, DC  20001-4413 | FINNEGAN, HENDERSON, FARABOW, |
| 7 | Tel:  (202) 408.4000; Fax:  (202) 408.4400<br>Robert D. Bajefsky, *pro hac vice* |   GARRETT & DUNNER, LLP<br>55 Cambridge Parkway, 7th Floor |
| 8 | robert.bajefsky@finnegan.com<br>Laura P. Masurovsky, *pro hac vice* | Cambridge, Massachusetts  02142-1215<br>Tel:  (617) 452-1600;  Fax: (617) 452-1600 |
| 9 | laura.masurovsky@finnegan.com<br>Robert F. Shaffer, *pro hac vice* | Nathaniel S. Edwards, *pro hac vice*<br>nathaniel.edwards@finnegan.com |
| 10 | robert.shaffer@finnegan.com<br>Mark J. Feldstein, *pro hac vice* | |
| 11 | mark.feldstein@finnegan.com<br>Amy E. Purcell, *pro hac vice* | |
| 12 | amy.purcell@finnegan.com | |
| 13 | Attorneys for Defendant<br>*Eli Lilly and Company* | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>ELAN PHARMACEUTICALS, INC., *et al.*,<br><br>             Defendants. | CASE NO. CV 10-00482 EDL<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR FILING OF MOTIONS FOR ATTORNEYS' FEES; SUPPORTING DECLARATION;** ~~**[PROPOSED]**~~ **ORDER**<br><br>[FILED Pursuant to L.R. 6-2] |

STIPULATED REQUEST FOR
ORDER CHANGING TIME
Case No. CV 10-00482 EDL

Pursuant to Civil L.R. 6-2, Plaintiff Alzheimer's Institute of America, Inc. and Defendants Elan Pharmaceuticals, Inc. and Eli Lilly and Company submit this stipulated request for an order changing the deadline for the filing of any motions for attorneys' fees pursuant to Fed. R. Civ. P. 54(d)(2) and Local Rule 54-5 to August 24, 2012. The parties are considering a further stipulation regarding the filing of any motions for attorneys' fees in this action, but such negotiations have been delayed due to the unavailability of counsel. Accordingly, the parties seek a brief extension of the deadline for filing motions for attorneys' fees to allow them sufficient time to continue their negotiations.

The parties respectfully request this Court to enter an order changing time as described above.

Respectfully submitted,

Dated: August 10. 2012

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

By: /s/ *Robert F. McCauley*
Robert F. McCauley, III

Attorneys for Defendant
*Eli Lilly and Company*

Dated: August 10. 2012

**DICKSTEIN SHAPIRO LLP**

By: /s/ *Deborah E. Fishman*
Deborah E. Fishman

Attorneys for Defendant
*Elan Pharmaceuticals, Inc.*

Dated: August 10. 2012

**BRYAN CAVE LLP**

By: /s/ *Berrie R. Goldman*
Berrie R. Goldman

Attorneys for Plaintiff
*Alzheimer's Institute of America, Inc.*

**SUPPORTING DECLARATION OF ROBERT F. MCCAULEY, III**

I, Robert F. McCauley declare:

1. That I am admitted in the above action, and am counsel of record for Defendant Eli Lilly and Company in the above action.

2. The statements set forth in the above stipulation have been agreed upon by counsel for the parties and are true to the best of my knowledge and belief.

3. This Court previously granted Lilly's Unopposed Motion to Change Time to Respond to the First Amended Complaint, extending each defendants' time to answer or otherwise respond by 90 days and continuing the Case Management Conference from May 14, 2010 to August 12, 2010 (Docket No. 26). The Case Management Conference was subsequently continued to October 22, 2010 pursuant to stipulation and order (Docket No. 84). A further Case Management Conference was also continued for one week pursuant to stipulation and order (Docket No. 125). The Court has also granted requests for orders changing the time for opposition and reply to Lilly's Motion to Sever and Transfer (Docket No. 94), Defendant Immuno-Biological Laboratory's Motion to Dismiss (Docket No. 96), Defendants' Joint Motion to Compel Simultaneous Production (Docket No. 164), Elan's Motion to Compel Non-Privileged and Non-Immune Documents from AIA (Docket No. 205), and Lilly's Motion for Summary Judgment of Noninfringement (Docket No. 261).

4. The requested time modification will not affect the schedule for the case, other than the briefing schedule and hearing date for any motion for attorneys' fees that the parties may file.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 10, 2012            By: /s/ *Robert F. McCauley*
                                      Robert F. McCauley, III

1                          [~~PROPOSED~~] ORDER

2

3        FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Stipulated Request of

4 Plaintiff Alzheimer's Institute of America, Inc. and Defendants Elan Pharmaceuticals, Inc. and Eli

5 Lilly and Company is GRANTED.

6        Any motions for attorneys' fees pursuant to Fed. R. Civ. P. 54(d)(2) and Local Rule 54-5

7 shall be due on August 24, 2012.

8

9 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11 Dated: _August 13, 2012_            _/s/ Elizabeth D. Laporte_

12                                         Hon. Elizabeth D. Laporte,
                                         Magistrate Judge,

13                                          U.S. District Court for the Northern
                                           District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28