IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA INC, <br><br> Plaintiff, <br><br> v. <br><br> ELAN CORPORATION PLC, et al. <br><br> Defendants. | No. C -10-00482-EDL <br><br> **ORDER REGARDING TAXATION OF COSTS** |

On January 31, 2013, this Court granted in part and denied in part Plaintiff's Objection to the Clerk's taxation of costs. See Dkt. #345. The Court Ordered Defendant Elan to submit a revised itemized declaration of counsel to exclude database hosting costs apart from .TIFF and OCR conversion, Bates stamping, load file and other physical media generation, reduce certain claimed costs by ten percent to account for non-responsive documents included in the litigation database, and exclude other specified pre-production file restoration costs. Id. Elan has submitted a revised declaration of counsel in compliance with the Court's order that reduces the total amount sought by $9,958.64. Dkt. # 347. The declaration states that AIA does not and will not object to the revised calculation. Id. at ¶ 2. Based on the revised declaration, the Court awards a total of $40,231.14 in costs to Elan.

**IT IS SO ORDERED.**

Dated: February 20, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge