1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALZHEIMER'S INSTITUTE OF
AMERICA,

          Plaintiff,

   v.

ELI LILLY & COMPANY, et al.,

        Defendants.

Case No.  10-cv-00482-EDL

**ORDER**

     In this Court's June 5, 2015 order on Defendants' motions for attorneys' fees, the Court ordered the Parties to file the Special Master's report in <u>Alzheimer's Institute of America, Inc. v. Avid Radiopharmaceuticals</u>, Case No. 10-cv-6908 (E.D. Pa.) ("<u>Avid</u>"), once it is available. Defendants' motions concerning the amount and reasonableness of their requested attorneys' fees awards are currently under submission.  In his report and recommendation, Special Master Gene Cohen states that Avid Radiopharmaceuticals ("Avid") "was extravagant in the employment of legal resources to mount its defense . . . no expense was spared" and that Avid sent "a large force to do what a much smaller unit would be capable of accomplishing."  (Dkt. 396-1 at 7.)  The Special Master ultimately recommends awarding Avid $2,923,901.61 less than the requested amount of $6,867,219.31 in fees.  (<u>Id.</u> at 22.)  Both the plaintiff and defendant Avid in <u>Avid</u> have filed objections to the Special Master's recommendations, which are currently pending before the <u>Avid</u> court.  In light of the pendency of those objections, the Parties are ordered to file a joint letter of no more than five pages addressing the potential impact on this case of the <u>Avid</u> court's ruling on those objections and whether this Court should await that ruling before issuing its own fee determination by March 7, 2016.  Additionally, Defendants may file a separate joint letter of no

more than four pages responding to Plaintiff's arguments concerning the Special Master's report by March 7, 2016.  (See Dkt. 397.)

**IT IS SO ORDERED.**

Dated:    February 22, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge

United States District Court
Northern District of California