UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ELI LILLY & COMPANY, et al.,<br><br>        Defendants. | Case No. 10-cv-00482-EDL<br><br>**ORDER RE DEFENDANT ELI LILLY'S MOTION TO SEAL**<br><br>Re: Dkt. No. 385 |

In support of its reply brief regarding the amount of the attorneys' fees awards, Defendant Eli Lilly filed a motion to seal documents designated as confidential by Plaintiff. Plaintiff failed to timely file a declaration pursuant to Local Civil Rule 79-5(d)(1)(A) establishing that the designated material is sealable. Any such declaration must be filed by April 15, 2016. Otherwise, the Court will deny Defendant Eli Lilly's motion to seal.

**IT IS SO ORDERED.**

Dated: April 14, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge